ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 656-1374
Facsimile:  (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2006

at____o'clock and ____min.____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Criminal No.: CR 04-00456 |
|---|---|
| Plaintiff, | ) Citation No.: A1123292 |
| vs. | ) NOTICE OF COMPLIANCE |
| JEFFREY S. WOODLOCK, | ) WITH SENTENCE |
| Defendant. | ) Compliance Date: 23 May 2006 |

NOTICE OF COMPLIANCE WITH SENTENCE

    COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney, and GABRIEL COLWELL, Special Assistant United States

Attorney, and hereby notifies the Court that defendant, JEFFREY S. WOODLOCK, has complied with the sentence requirements imposed on July 26, 2005.

DATED: _____AUG 2 2 2006_____, Honolulu, Hawaii.

EDWARD H. KUBO, JR
United States Attorney
District of Hawaii

By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney

U.S. v. JEFFREY S. WOODLOCK
CR. No. 04-00456
"NOTICE OF COMPLIANCE"